UNITED STATES of America,
Plaintiff–Appellee,

v.

Arturo CANTU–RIVERA,
Defendant–Appellant.

No. 04–20530.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 13, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Arturo Cantu–Rivera, Three Rivers, TX, pro se.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Arturo Cantu–Rivera, now federal prisoner # 49017–079, appeals an order denying his motion under 18 U.S.C. § 3572(d)(3) for remission or modification of the $1,000,000 fine imposed when he was sentenced. The criminal judgment is final. Because the criminal judgment did not call for payment of the fine in installments, 18 U.S.C. § 3572(d)(3) is not applicable. The order, accordingly, is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.